## IN THE COURT OF APPEALS OF THE STATE OF IDAHO

### Docket No. 43393

| | |
|---|---|
| STATE OF IDAHO, | ) 2016 Unpublished Opinion No. 435 |
| | ) |
| Plaintiff-Respondent, | ) Filed: March 17, 2016 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| PAUL ANTHONY SUBLET, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Timothy Hansen, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of two years, for aiding and abetting burglary, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Paul Anthony Sublet pled guilty to aiding and abetting burglary, Idaho Code §§ 18-1401, 18-204. The district court imposed a unified ten-year sentence with a minimum period of confinement of two years. Sublet appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Sublet's judgment of conviction and sentence are affirmed.